IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,                            3:98-cr-0122-DWH-RAM

  vs.                                       **ORDER**

ZEBUEL JACKSON HANNA,

    Defendant.

_____/

    The government's request to remit the fine in the above entitled case is granted. In the interest of justice, the unpaid portion of the fine and assessment imposed against the defendant including interest and penalties is hereby remitted.

    Dated this 17th day of November, 2005.

                                               _____
                                               United States District Judge